IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ROBERT B. CIARPAGLINI,

                Plaintiff,

  v.                                                ORDER
                                                      07-C-392-S

MICHAEL THURMER, DON STRAHOTA
and BRUCE SIEDSCHLAG,

                Defendants.
_____

      On October 5, 2007 judgment was entered in the above entitled matter dismissing plaintiff's compliant without prejudice for his failure to exhaust his administrative remedies. Plaintiff moves reconsideration alleging that he has exhausted his administrative remedies.

      Pursuant to a settlement agreement He may only have two active inmate complaints at one time. Plaintiff requested that one complaint be withdrawn in order that he could pursue his inmate complaint in this matter. He stated as follows: "In any event, I want to withdraw one of my pending inmate complaints so the enclosed complaint can be filed. I don't care which one you withdraw." According to the agreement it is plaintiff's responsibility to designate the complaint he wishes to withdraw which he did not do.

Plaintiff has failed to exhaust administrative remedies that were available to him. Accordingly, plaintiff's motion for reconsideration will be denied.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

Entered this 12th day of October, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge